UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH JOHN DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-161** |
| **PFIZER, INC.** | **SECTION "E" (3)** |

## ORDER

Before the Court is the Motion to Compel Discovery Responses [Doc. #14] filed by defendant Pfizer, Inc. ("Pfizer").  Plaintiff opposed the motion.  In its reply, Pfizer notes that plaintiff has now responded to its discovery requests, and it thus seeks to withdraw the motion.  Accordingly,

**IT IS ORDERED** that the Motion to Compel Discovery Responses [Doc. #14] is DISMISSED AS MOOT.  This Order reserves the right to Pfizer to challenge the sufficiency of plaintiff's discovery responses.

**IT IS FURTHER ORDERED** that the oral hearing set on September 24, 2014 is CANCELLED.

New Orleans, Louisiana, this 22nd day of September, 2014.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**