# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH JOHN DAVIS, | Civil Action No. 2:14-cv-00161 |
| Plaintiff, | |
| | Judge Susie Morgan |
| vs. | |
| PFIZER INC., | Magistrate Judge Daniel E. Knowles, III |
| Defendant. | |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Dismissal, and upon consent of the parties;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims against Defendant Pfizer, Inc. are hereby **DISMISSED WITH PREJUDICE**, with all costs to be borne by the respective parties incurring same.

JUDGMENT READ, RENDERED, AND SIGNED on this  8th  day of July, 2016, in New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**

00360409